CLARENCE S. LUNT, Respondent, *v.* BROWN BROTHERS COMPANY, Appellant.

*Lunt* v. *Brown Brothers Co.*, 172 App. Div. 31, affirmed.

(Argued October 23, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 13, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover damages alleged to have been sustained by the plaintiff for the failure of certain fruit trees, purchased by him from the defendant, to prove true to name. The only question on appeal was as to the measure of damages.

*George S. McMillan* for appellant.

*George S. Van Schaick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.